UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trevor Warren,

                                    Petitioner,

            -against-

United States,

                                    Respondent.

NOV 2 6 2019

19-CV-6075 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's October 8, 2019 Order, Dkt. No. 13, Petitioner's opposition to

Respondent's motion to transfer was due by November 7, 2019. As of the date of this Order, the

Court is not in receipt of Petitioner's opposition. If Petitioner does not file his opposition by

December 13, 2019, the Court will deem the motion to transfer to be unopposed. If Petitioner

does file his opposition by the December 13 deadline, then the Government's reply will be due

on December 20, 2019. Chambers will mail a copy of this Order to Petitioner and note its

mailing on the docket.

SO ORDERED.

Dated:     November ____, 2019
           New York, New York

_____
            ALISON J. NATHAN
         United States District Judge